IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MICHAEL JOHNSTON                                                                    PLAINTIFF

vs.                                            Civil No. 12-CV-4051

CORRECTIONAL HEALTHCARE
COMPANY; SHERIFF RON STOVALL;
and MARTY BRAZIL                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the above-styled case be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Court's orders and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that the above-styled case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge